## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

BROOKE S. HUTT           *
6 W. Pine Street
Delmar, Maryland 21875      *

and                     *

A.L., a Minor,            *
by and through BROOKE S. HUTT,
as Parent and Legal Guardian    *
6 W. Pine Street
Delmar, Maryland 21875      *

                         *

      *Plaintiff*              COMPLAINT
                         *

vs.
                         *

DANTE R. SMITH         Civil Action No. _____
35269 Dannys Drive       *
Laurel, Delaware 19956
                         *

      *Defendant.*          **JURY TRIAL PRAYED**
                         *

*  *  *  *  *  *  *  *  *  *  *  *  *

### COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES the Plaintiffs, Brooke S. Hutt and A.L., a Minor, by and through Brooke S. Hutt, as Parent and Legal Guardian, by and through their attorneys, Vadim A. Mzhen, Sean D. Harding, and the law firm of Lebowitz & Mzhen, LLC, and in support of their claims against Defendant Dante R. Smith, states as follows:

### PARTIES AND JURISDICTION

1.      Plaintiff Brooke S. Hutt (also referred to herein as "Plaintiff Hutt") is an adult resident of Wicomico County, Maryland and is the mother and legal guardian of Plaintiff A.L., a

minor child (collectively referred to as "Plaintiffs"). At all times relevant herein, Plaintiff A.L. was a minor child.

2. Defendant Dante R. Smith (also referred to herein as "Defendant") is an adult resident of Sussex County, Delaware.

3. The events described herein occurred in Wicomico County, Maryland.

4. The amount-in-controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

5. Jurisdiction is proper in the United States District Court for the District of Maryland under 28 U.S.C. § 1332(a)(1), Diversity Jurisdiction and 28 U.S. Code § 1367.

## FACTS COMMON TO ALL COUNTS

6. Plaintiffs incorporate paragraphs 1 through 5 as if fully set forth herein.

7. On or about June 6, 2025, at approximately 3:31 p.m., Plaintiff Hutt was lawfully and carefully operating a motor vehicle, traveling eastbound on East State Street, at or near its intersection with Woodlawn Avenue, in Wicomico County, Maryland. Plaintiff A.L. was a passenger in the motor vehicle driven by Plaintiff Hutt. Plaintiff Hutt was preparing to turn left into the State Line Plaza shopping center, had her left turn signal on, and was at a complete stop.

8. On the same date and time, Defendant was operating a pick-up truck, traveling eastbound on East State Street, at or near its intersection with Woodlawn Avenue, in Wicomico County, Maryland, immediately behind the Plaintiffs' motor vehicle.

9. Suddenly and without warning, Defendant, approaching from behind Plaintiffs' motor vehicle, attempted to drive between Plaintiffs' motor vehicle and another motor vehicle that was waiting to turn right onto Ocean Highway, and violently collided with the passenger's side of Plaintiffs' motor vehicle, causing Plaintiffs to sustain serious bodily injuries.

2

## COUNT I- PLAINTIFF BROOKE S. HUTT v. DEFENDANT DANTE R. SMITH
### (Negligence)

10.     Plaintiff Hutt incorporates paragraphs 1 through 9 as if fully set forth herein.

11.     Defendant owed a duty of care to operate his vehicle in a safe and proper manner. He breached that duty of care by failing to operate his vehicle in a safe and proper manner, resulting in the Collision with Plaintiff Hutt.

12.     Moreover, Defendant was negligent and careless in that he:

    a)     failed to maintain proper control of his motor vehicle;

    b)     failed to observe Plaintiffs' motor vehicle;

    c)     failed to keep a proper lookout;

    d)     failed to avoid a collision;

    e)     failed to maintain his speed to avoid a collision;

    f)     failed to give due time and attention;

    g)     failed to keep a clear and assured distance;

    h)     failed to observe the presence and proximity of Plaintiffs' motor vehicle;

    i)     failed to yield the right-of-way; and

    j)     was in other respects negligent and careless.

13.     Defendant's negligence proximately caused Plaintiff Hutt to lose her former state of physical and mental well-being, and to suffer serious injuries about her neck, head, back, body, and limbs – with some of these injuries being permanent in nature – and to suffer great mental anguish, loss of work, wages, property damage, and medical and therapeutic expenses, as well as other expenses, and additional injuries and damages.

14.    All such injuries and damages of which Plaintiff Hutt complains herein occurred solely as a result of the negligence on the part of Defendant, without any negligence and/or contributory negligence on the part of Plaintiff Hutt.

WHEREFORE, Plaintiff, Brooke S. Hutt demands judgment against Defendant Dante R. Smith in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus interests and costs, and for such other and further relief that this Honorable Court deems fit and proper.

### COUNT II- PLAINTIFF A.L. v. DEFENDANT DANTE R. SMITH
### (Negligence)

15.    Plaintiff A.L., a minor, by and through his parent and legal guardian, Brooke S. Hutt, incorporates paragraphs 1 through 14 as if fully set forth herein.

16.    Defendant owed a duty of care to operate his vehicle in a safe and proper manner. He breached that duty of care by failing to operate his vehicle in a safe and proper manner, resulting in the Collision with the motor vehicle in which Plaintiff A.L. was a passenger.

17.    Moreover, Defendant was negligent and careless in that he:

    a)    failed to maintain proper control of his motor vehicle;

    b)    failed to observe Plaintiffs' motor vehicle;

    c)    failed to keep a proper lookout;

    d)    failed to avoid a collision;

    e)    failed to maintain his speed to avoid a collision;

    f)    failed to give due time and attention;

    g)    failed to keep a clear and assured distance;

    h)    failed to observe the presence and proximity of Plaintiffs' motor vehicle;

    i)    failed to yield the right-of-way; and

j)      was in other respects negligent and careless.

18.      Defendant's negligence proximately caused Plaintiff A.L. to lose his former state of physical and mental well-being, and to suffer serious injuries about his neck, head, back, body, and limbs – with some of these injuries being permanent in nature – and to suffer great mental anguish, property damage, and medical and therapeutic expenses, as well as other expenses, and additional injuries and damages.

19.      All such injuries and damages of which Plaintiff A.L. complains herein occurred solely as a result of the negligence on the part of Defendant, without any negligence and/or contributory negligence on the part of Plaintiff A.L.

WHEREFORE, A.L., a Minor, by and through Brooke S. Hutt, as Parent and Legal Guardian, demands judgment against Defendant Dante R. Smith for compensatory damages in an amount to be determined by the trier of fact, plus interests and costs, and for such other and further relief that this Honorable Court deems fit and proper.

Respectfully submitted,

Sean D. Harding (Bar No. 22354)
Vadim A. Mzhen (Bar No. 25531)
Lebowitz & Mzhen, LLC
9 Park Center Court, Suite 220
Owings Mills, MD 21117
(410) 654-3600
vamzhen@comcast.net
sharding.lebowitzmzhenllc@gmail.com
*Attorneys for the Plaintiff*

5

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues claimed.

Sean D. Harding (Bar No. 22354)